UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARIZONA BEVERAGES USA, LLC,

                           Petitioner,                22 **CIVIL** 10083 (PGG)

       -against-                                     **JUDGMENT**

BALL CORPORATION and REXAM
BEVERAGE CAN COMPANY,

                           Respondents.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 18, 2023, the petition to confirm arbitration is GRANTED and confirming the arbitration award in favor of Petitioner for: $14,571,271.03 in lost profits damages, inclusive of pre-Award interest; pre-judgment interest in the amount $1,171,291.92 at the per diem rate of $3,592.92 from November 21, 2022 until the date judgment is entered; $12,531.09 in reimbursement costs; and post-judgment interest at the rate provided in 28 U.S.C. § 1961(a), calculated from the date of the entry of judgment until the award is paid on full. accordingly, the case is closed.

**Dated**: New York, New York
         October 12, 2023

                                                               **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                BY:
                                                                  Deputy Clerk